# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROBERT BLACKBURN, <br> Petitioner, <br> v. <br> CRAIG KOENIG, Acting Warden, <br> Respondent. | Case No. EDCV 19-1340 PSG (PVC) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: 12/14/2020

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE